**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **13-3406-cv**      Caption [use short title]

Motion for: **stay of appeal**

Set forth below precise, complete statement of relief sought:

The parties seek a stay of this appeal, which is currently withdrawn under Local Rule 42.1, in to allow the parties to complete settlement negotiations and to seek the enactment of federal and state legislation necessary to finalize any settlement between the parties.

**St. Regis Mohawk Tribe v. Cuomo**

MOVING PARTY: **St. Regis Mohawk Tribe v. Cuomo**    OPPOSING PARTY: **State of New York/County of Franklin**

[✔] Plaintiff    [ ] Defendant
[✔] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: **Marsha K. Schmidt**    OPPOSING ATTORNEY: **Jonathan Hitsous**    **Alan R. Peterman**

[name of attorney, with firm, address, phone number and e-mail]

| Moving | Opposing |
|---|---|
| 14928 Perrywood Drive | State of New York    see attached |
| Burtonsville, MD 20866 | The Capitol, Albany, NY 12224 |
| (301) 949-5176 marsha@mkschmidtlaw.com | (518)776-2044 jonathanhitsous@ag.ny.gov |

Court- Judge/ Agency appealed from: **Northern District of New York - Honorable Laurence Kahn**

**Please check appropriate boxes:**    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes [ ] No (explain):_____

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[✔] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✔] No [ ] Don't Know

Is oral argument on motion requested? [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✔] No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Marsha K. Schmidt    Date: **12-12-18**    Service by: [✔] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Docket No. 13-3406-cv

St. Regis Mohawk Tribe v. Cuomo

Motion for Stay

Form T-1080 - Addendum

Additional Opposing Parties and Attorneys

| | |
|---|---|
| County of Franklin | Alan R. Peterman |
| | Barclay Damon LLP |
| | Barclay Damon Tower |
| | 125 East Jefferson Street |
| | Syracuse, New York  13202 |
| | Telephone: (315) 425-2775 |
| | Email: apeterman@barclaydamon.com |