# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3406-cv

**Caption [use short title]**

**Motion for:** Motion to Reinstate Appeal for the limited Purpose of Withdrawal

**Set forth below precise, complete statement of relief sought:**

The parties seek to reinstate this appeal to allow the Court to grant the Appellant's Request to Withdraw the appeal without prejudice with certain conditions. to reinstatement

St. Regis Mohawk Tribe v. Cuomo

**MOVING PARTY:** St. Regis Mohawk Tribe
**OPPOSING PARTY:** State of New York and County of Franklin

☑ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Marsha K. Schmidt
**OPPOSING ATTORNEY:** Jonathan Hitsous    Alan R. Peterman

[name of attorney, with firm, address, phone number and e-mail]

14928 Perrywood Drive
Burtonsville, MD 20866
(301) 949-5176 marsha@mkschmidtlaw.com

State of New York    see attached
The Capitol, Albany, NY 12224
(518)776-2044 jonathanhitsous@ag.ny.gov

**Court- Judge/ Agency appealed from:** Northern District of New York - Honorable Laurence Kahn

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Marsha K. Schmidt   **Date:** 2-12-19   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)